## AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Georgia
Atlanta Division

**Ben Armstrong**

    Plaintiff(s),

vs.

**Erling Mengshoel, Jr.**

    Defendant(s).

Attorney: Zahra S. Karinshak

KREVOLIN AND HORST LLC
1201 WEST PEACHTREE STREET NW 3250
ATLANTA GA 30309



*283106*

**Case Number: 1:22-cv-3208**

Legal documents received by Same Day Process Service, Inc. on **08/15/2022** at **11:28 AM** to be served upon **Erling Mengshoel, Jr. at 23 Ferguson Court, Sterling, VA 20165**

I, **Norman Hunter**, swear and affirm that on **August 22, 2022** at **9:13 PM**, I did the following:

**Personally** Served **Erling Mengshoel, Jr.** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Verified Complaint** at **23 Ferguson Court, Sterling, VA 20165**.

**Description of Person Accepting Service:**
Sex: Male Age: 20 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Norman Hunter**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:283106

